# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **ROBERT BUTLER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No. 3:09-cv-00414** |
| | ) | |
| **v.** | ) | **JUDGE HAYNES** |
| | ) | |
| **CONAGRA FOODS, INC.,** | ) | **JURY DEMAND** |
| **a Delaware corp.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41,  Plaintiffs Robert Butler, Sammie Coefer, Laurie Collins, Lucy Collins, Kevin Cooper, Michael Curtis, Melissa Curtis, Patricia Daniels on behalf of Donald Daniels, deceased, Cassia Duke on behalf of Colby Duke and Sadie Duke, Jonathan Hostetler, Linda Jones, Rosie Keele, James Dalton Kelley, Sandra Landtroop, Candace Lewis on behalf of Lindsey Lewis, Bobbie Mynatt, Jacqueline Perry, Carlene Powell, Leah Riggs, individually and on behalf of Karley Riggs, Kim Roach, Adam Ross, Richard Rudesill, Bobby Samuels, Glynda Smith, Ruth Taylor, Bernidine Janice Todd, Jerry Vogel, Mark Webb, individually and on behalf of Alan Webb, Kyle Williamson, and Faye Woodroof request that all claims and causes of action against ConAgra Foods, Inc., be dismissed without prejudice. Each side shall bear its own attorney's fees and costs.

This notice does not apply to Plaintiff Thomas Runser, Sr., whom undersigned counsel for the Plaintiffs no longer represent in this matter [Docket No. 31].

821089.2

Dated this 24th day of June, 2009

Respectfully submitted,

<table>
<tr><td>      /s/C. Scott Taylor      <br>C. Scott Taylor</td><td>      /s/Kathryn E. Barnett      <br>Kathryn E. Barnett</td></tr>
<tr><td>C. Scott Taylor<br>BERNSTEIN, STAIR & MCADAMS<br>4823 Old Kingston Pike<br>Suite 300<br>Knoxville, TN  37919<br>Telephone:  (865)546-8030<br>Facsimile:  (865) 522-8879</td><td>Kathryn E. Barnett (BPR No. 15361)<br>Christopher Coleman (BPR No. 024950)<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>150 Fourth Avenue North<br>One Nashville Place, Suite 1650<br>Nashville, Tennessee  37219<br>Telephone:  (615) 313-9000<br>Facsimile:  (615) 313-9965</td></tr>
<tr><td>*Counsel for Defendant ConAgra Foods, Inc.*</td><td>*Counsel for Plaintiffs*</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2009, I electronically filed Notice of Voluntary

Dismissal Without Prejudice, with the Clerk of the Court using CM/ECF.  Notice of this filing

was sent to all parties by operation of the Court's electronic filing system.  I hereby certify that I

have served a true and correct copy of the foregoing document electronically upon:

C. Scott Taylor
Bernstein, Stair & McAdams
4823 Old Kingston Pike
Suite 300
Knoxville, TN  37919

/s/Kathryn E. Barnett
Kathryn E. Barnett