UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT BUTLER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:09-cv-00414 |
| | ) **JUDGE HAYNES** |
| CONAGRA FOODS, INC., | ) |
| Defendant. | ) |

## ORDER

Upon the parties' stipulation of dismissal (Docket Entry No. 32) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED without prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

**ENTERED** this the 26th day of June, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge